**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **ARON D. STITH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:08CV678 |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") entered by the Honorable Dennis W. Dohnal, United States Magistrate Judge, on September 22, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), affirming the decision of the Administrative Law Judge ("ALJ"). For the reasons set forth in the accompanying Memorandum Opinion, the Plaintiff's objections to the R&R are OVERRULED; the R&R is ACCEPTED and ADOPTED; the Plaintiff's Motion for Summary Judgment is DENIED; the Defendant's Motion for Summary Judgment is GRANTED; and the decision of the Commissioner is AFFIRMED.

Let the Clerk file this Order and the accompanying Memorandum Opinion electronically and notify counsel of record accordingly.

It is so ORDERED.

/s/
Richard L. Williams
Senior United States District Judge

Richmond, Virginia
Dated: October 27, 2009